UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET REAVES, )<br>      Plaintiff, )<br>v. )<br> )<br>JOHN T. BENJAMIN, JR., JAKE R. GARRIS, )<br>CECIL CAPPS *Cecil Capps Insurance and Realty* )<br>*Co.,* PHILIP A. GLASS )<br>      Defendants. ) | **JUDGMENT**<br>No. 5:18-CV-221-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 5, 2018, and for the reasons set forth more specifically therein, this case is dismissed without prejudice for failure to respond to the show cause order.

**This Judgment Filed and Entered on October 5, 2018, and Copies To:**
Margaret Reaves (via U.S. Mail) 604 Sardis Drive, Raleigh, NC 27603.

October 5, 2018                      PETER A. MOORE, JR. CLERK
                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk